# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143642

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ADAM PATRICK ADAMS,
       Defendant-Appellant.

SC: 143642
COA: 286641
Wayne CC: 06-011793-FC

_____/

     On order of the Court, the application for leave to appeal the July 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

p1219